# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

John A. Baldi

V.

Massachusetts Board of Bar
Examiners (Edward J. Barshak,
Chairman)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-10198

TO: (Name and address of Defendant)

Massachusetts Board of Bar Examiners
(Edward J. Barshak, Chairman)

77 Franklin Street
Boston, Ma. 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Baldi
19 Ledge Street
Melrose, Ma. 02176

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-28-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 29, 2004 |
| NAME OF SERVER (PRINT) John W. Baldi | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/29/4
            Date                 Signature of Server

19 Ledge St Melrose MA
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.