COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                           SUPERIOR COURT
                                                                       C.A. NO. 04-10198-JLT

JOHN A. BALDI

        Plaintiff,

v.

SUPREME JUDICIAL COURT for SUFFOLK
COUNTY (MAURA S. DOYLE, CLERK) and
MASSACHUSETTS BOARD of BAR
EXAMINERS (EDWARD J. BARSHAK,
CHAIRMAN).

        Defendant.

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney on behalf of the defendants Clerk of the Supreme Judicial Court for Suffolk County and the Massachusetts Board of Bar Examiners.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_/s/ Juliana deHaan Rice_
Juliana deHaan Rice, BBO# 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2062
facsimile (617) 727-5785

Dated: February 13, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/13/04.

_/s/_