UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John A. Baldi,<br><br>                 Petitioner<br>v.<br><br>Supreme Judicial Court For Suffolk County<br>(Maura S. Doyle, Clerk) and<br>Massachusetts Board of Bar Examiners<br>(Edward J. BarshaK, Chairman)<br><br>                 Respondents | Civil No. 04-10198-JLT |

## PETITIONER MOVES FOR THE CLERK'S ENTRY OF DEFAULT, PURSUANT TO RULE 55(a), FED. R. CIV. P.

Rule 55(a), Federal Rules Of Civil Procedure allow that:

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

The petitioner now moves for the clerk to enter a default pursuant to Rule 55(a) against respondents Supreme Court For Suffolk County and the Massachusetts Board of Bar Examiners as stated in the case caption above. The petitioner supports his request for default entry with the following:

1.    On February 14, 2004 via United States Mail, the Petitioner received a copy of the "Notice Of Appearance", dated February 13, filed with the Court by Respondents counsel Juliana deHaan Rice. Petitioner has received no other correspondence from Ms. Rice or the Respondents.

2.    Mr. Baldi filed his Petition with the Court on January 28, 2004, had the

1

Respondents served on January 29, and returned the summons with proof of service to the Court on January 29, 2004.

3. The respondents were to have answered the petition within 20 days making February 18, 2004 the last day for them to answer without being in default.

4. On February 19, 2004 the Petitioner checked with the clerks assistant in person to see if a response had been filed, and was told that nothing had been docketed.

5. On February 20, 2004 at 2:15 PM the Petitioner telephoned the Court to see if the Respondents had filed an answer and was told they have not.

6. As of Friday afternoon, February 20, 2004, the Petitioner has receiver no response to his petition from either the Respondents or their counsel.

7. I am of legal age and competent to attest to everything stated above and have done so under the pains and penalties of perjury to the best of my knowledge and abilities.

Dated: February 20, 2004

_____
John A. Baldi, Pro se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing document was mailed to Respondents counsel, Juliana deHaan Rice on February 21, 2004.

_____

The person who's name appears above, known to me or proved to be, appeared before me on February 21, 2004 and of his own free will, affixed his signature to the foregoing document.

_____
Notary Public/Justice of the peace
My commission expires: 2/20/2009

2

INGRID EUSTATE
Notary Public
My Commission Expires
February 20, 2009