UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John A. Baldi, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>Supreme Judicial Court For Suffolk County )<br>(Maura S. Doyle, Clerk) and )<br>Massachusetts Board of Bar Examiners )<br>(Edward J. Barshak, Chairman) )<br>)<br>Respondents )<br>) | Civil No. 04-10198-JLT |

## PURSUANT TO RULE 55(b)(2), FED. R. CIV. P., PETITIONER APPLIES FOR THE COURT TO ISSUE A DEFAULT JUDGMENT AGAINST THE RESPONDENTS

Rule 55(b)(2), of the Fed. R. Civ. P. Allows a party to apply to the Court for a default judgment and the Petitioner now does so. The Respondents having failed to answer or defend the Petition, Mr. Baldi seeks declaratory judgment, injunctive relief and equitable relief in accordance with what was sought in his petition filed with the Court on January 28, 2004.

WHEREFORE, the Petitioner asks for this most Honorable Court to:

A. Grant the Petitioner a declaratory judgment, holding that the rules for admittance to the Bar of the Commonwealth of Massachusetts are "Unconstitutional" because there are no provisions in the rules to allow/ensure applicants their 5th and 14th Amendment right to "Procedural Due Process" without first denying them the right to practice law if the Board of Bar Examiners chooses to do so; and

B. Grant the Petitioner a declaratory judgment holding that the rules for admittance to the Bar of the Commonwealth of Massachusetts are Unconstitutional because as they presently

1

exist the Board of Bar Examiners can in violation of the 5th Amendment to the United States Constitution, applicable to the states by the 14th Amendment, deny an applicant admission by not presenting his/her application to the Court thereby denying said applicant the "Procedural Due Process" mandated by the Constitution; and

  C. Grant the Petitioner a declaratory judgment holding that the rules for admittance to the Bar of the Commonwealth of Massachusetts are Unconstitutional because as they currently exist there is "Procedural Due Process" for some, but not all applicants, and that those denied "Procedural Due Process" constitute a "Class" who's Constitutional right to equal protection as granted by the 14th Amendment has been violated; and

  D. After granting a declaratory judgment in favor of the Petitioner, issue an order forthwith, instructing the Supreme Judicial Court For Suffolk County to schedule an immediate hearing on the Petitioners application to the Bar of the Commonwealth of Massachusetts; and

  E. If the Massachusetts Supreme Judicial Court, after a hearing on the matter finds the Petitioner unfit for admittance, to define the reasons for denying admittance, and to reschedule forthwith a second hearing for the Petitioner to present his defense/defenses to the Court's denial of admittance; and

  F. In accordance with federal law, 42 U.S.C. § 1988, grant the Petitioner his costs and fees, to be paid by the Massachusetts Board of Bar Examiners.

Dated: February 23, 2004

            _____
            John A. Baldi, Pro se
            19 Ledge Street
            Melrose, Ma. 02176
            (781) 665-5011

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing document has been sent via 1st class U.S. Mail and certified mail to Juliana deHaan Rice on February 23, 2004.

*[signature]*