UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-10198-JLT

JOHN A. BALDI,
        Plaintiff,

v.

SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
        Defendants.

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S PETITION FOR DECLARATORY JUDGMENT AND DEMAND FOR THREE-JUDGE PANEL

The defendants, Supreme Judicial Court for Suffolk County (Maura S. Doyle, Clerk) and the Massachusetts Board of Bar Examiners (Edward J. Barshak, Chairman) (collectively, the "state defendants"), respectfully request an enlargement of time to answer or otherwise respond to the Plaintiff's Petition for Declaratory Judgment and Demand for Three-Judge Panel ("Petition"), to March 29, 2004. As the basis for this request, the state defendants state the following:

1. Proper service of process has not been made. Under the applicable rules of civil procedure, suits against a state government or any of its subdivisions must be made on the governor of the state or in accordance with state rules. Fed. R. Civ. P. 4(j); Local Rules 4.1(C). State rules require service upon the Attorney General for the Commonwealth of Massachusetts. Mass. R. Civ. P. 4(d)(3).

2. Service has not been made upon the Governor or upon the Attorney General of the Commonwealth. See Affidavit of Juliana deHaan Rice ("Rice Aff.") ¶ 6, submitted herewith.

3. The state defendants will agree to waive service in accordance with Fed. R. Civ. P. 4(d) and would have agreed to do so if asked when the petition was filed. Rice Aff. ¶ 5. Had this waiver been requested at the time the Petition was filed on January 28, 2004, and had the defendants afforded the waiver, the defendants would have had 60 days in which to respond to the Petition, or until March 29, 2004. Fed. R. Civ. P. 4(d)(3).

4.   Due to the press of other business and personal commitments as described in the accompanying affidavit of Juliana deHaan Rice, the undersigned counsel has been unable before now to gather the necessary information and to prepare the state defendants' response to the Petition. Rice Aff. ¶¶ 2-4.

WHEREFORE, the state defendants respectfully request until <u>March 29, 2004</u> to file and serve their response to the Petition.

> Respectfully submitted,
>
> SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
>
> By their attorney,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s/ Juliana deHaan Rice
> Juliana deHaan Rice, BBO# 564918
> Assistant Attorney General
> Office of the Attorney General
> One Ashburton Place, Room 2019
> Boston, MA 02108-1698
> (617) 727-2200, ext. 2062
> facsimile (617) 727-5785

Dated: March 5, 2004

<u>Statement of Compliance with Local Rule 7.1(A)(2)</u>

The undersigned counsel hereby certifies that, on February 26, 2004, I attempted to reach the plaintiff *pro se* John A. Baldi by telephone at 781-665-5011 and left a recorded message seeking his assent to the within motion. Mr. Baldi called my assistant later that day and informed her that he would not assent to the within motion. He has since filed an opposition.

/s/ Juliana deHaan Rice, Assistant Attorney General

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/5/04.

/s/