COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                          SUPERIOR COURT
                                                      C.A. NO. 04-10198-JLT

JOHN A. BALDI,
                   Plaintiff,

        v.

SUPREME JUDICIAL COURT for SUFFOLK
COUNTY (MAURA S. DOYLE, CLERK) and
MASSACHUSETTS BOARD of BAR
EXAMINERS (EDWARD J. BARSHAK,
CHAIRMAN),
                   Defendants.



## AFFIDAVIT OF JULIANA DEHAAN RICE

The undersigned hereby deposes and says,

1.      I am a member in good standing of the Massachusetts bar, an Assistant Attorney
        General for the Commonwealth of Massachusetts, and counsel of record for the
        defendants in this matter.

2.      I am also one of four counsel of record for the defendant, Massachusetts
        Department of Education, in the matter of Hancock et al v. Driscoll et al, Suffolk
        Superior Court No. 02-2978-BLS2, the trial of which was completed on January
        16, 2004, after 79 days of trial, over 100 witnesses, and nearly 1000 documentary
        exhibits.

3.      The court-imposed deadline for completion of proposed findings of fact in the
        Hancock matter was Friday, February 13, 2004. The defendants' proposed
        findings of fact were filed on Friday, February 13, 2004, and consisted of 3,132
        numbered paragraphs spanning 365 pages, as well as a 26-page post-trial brief.

4.      I was out of the office on vacation for the entire week of February 16, 2004,
        returning Monday, February 23, 2004, in accordance with plans that had been in
        place for several weeks.

5.      If asked to waive service of process in the above-captioned matter in accordance
        with Fed. R. Civ. P. 4(d), I would have done so and I will do so now.

6.      Attached as Exhibit A to this affidavit is a print-out of the electronically available

docket sheet for this case. The document demonstrates that returns of service
have been filed for the Supreme Judicial Court for Suffolk County and the Board
of Bar Examiners, but nothing reflects service on either the Governor or the
Attorney General for the Commonwealth of Massachusetts.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS THE __26th DAY
OF FEBRUARY, 2004,

Juliana deHaan Rice
Assistant Attorney General
BBO. No. 564918

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of
record for each other party by mail (by hand)

on _____.