UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John A. Baldi,<br><br>                    Petitioner<br>v.<br><br>Supreme Judicial Court for Suffolk County<br>(Maura S. Doyle, Clerk) and<br>Massachusetts Board Of Bar Examiners<br>(Edward J. Barshak, Chairman) | Civil No. 04-10198-JLT |

### AFFIDAVIT OF JOHN A. BALDI

My name is John A. Baldi, and I am of legal age and competent to attest to what is stated below, and hereby depose and say:

1. My wife of twenty eight (28) years, Catherine M. Baldi, is afflicted with the disease known as Multiple Sclerosis, that she has gone blind from flare-ups, and that she has permanent physical disabilities attributed to the disease.

2. That my wife receives treatment for her MS from the Massachusetts Eye and Ear Infirmary and Brigham and Women's hospital, both located in Boston, Massachusetts.

3. That the matter presently before the Court is causing great stress to my wife, and that this stress could cause a flare-up that would cause additional permanent physical injury to my wife.

4. That Eric Souvannakane is looking to have me represent him in a criminal case pending in the Lynn District Court on the 24th of March, 2004 and that Michael Downing is looking for me to represent him in a civil matter pending in the Woburn District Court on the 23rd of March 2004, and that I have six other individuals waiting to file civil actions.

Signed under the pains and penalties of perjury on this the 8th day of March, 2004.

_/s/ John A. Baldi_
John A. Baldi, Pro se