# United States District Court
District of Massachusetts

JOHN A. BALDI,

                                          CA 04-10198-JLT

   V

SUPREME JUDICIAL COURT and
MASSACHUSETTS BOARD OF BAR EXAMINERS

### NOTICE

The above-entitled case has been set for **a Motion Hearing on March 30, 2004 at 10:30 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                       By the Court,

                                                       Zita Lovett
                                                       Deputy Clerk

Date: March 10, 2004
CC:   All counsel of record