UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John A. Baldi, <br><br>         Petitioner <br><br> v. <br><br> Supreme Judicial Court For Suffolk County <br> (Maura S. Doyle, Clerk) <br> Massachusetts Board Of Bar Examiners <br> (Edward J. Barshak, Chairman) <br><br>         Respondents | Civil No. 04-10198-JLT |

### PETITIONERS MOTION FOR THE COURT TO RULE AS TO WHETHER THE TASK OF FORWARDING AN APPLICATION FOR ADMITTANCE TO THE MASSACHUSETTS BAR TO THE SUPREME COURT IS AN ADMINISTRATIVE ACT

The Petitioner motions the Court for a ruling as to whether or not the act of forwarding an application for admission to the Massachusetts Bar to the Supreme Court by the Board of Bar examiners is an administrative act. Mr. Baldi supports this motion with the following:

1. Supreme Judicial Court (Mass.) Rule 3:01(1)(1.3) states:

   " *Referral to Board of Bar Examiners.* All petitions for admission shall be referred to the Board of Bar Examiners for a report as to the character, acquirements and qualifications of the applicant."

2. The duty imposed on the Board Of Bar Examiners is two part, the first being to make a report as to the applicants character, acquirement and qualifications, and the second being the forwarding of the application to the Supreme Court for it to decide as to whether or not the applicant should be admitted.

3. Part one of the Boards duties is clearly quasi judicial in nature, but part two, the

1

forwarding of the application is an administrative function performed after the quasi judicial function of the Board.

4. The petitioner sought concurrence on this motion from counsel of the respondents by telephone. Ms. Rice was not present to provide an answer and has not returned the petitioners telephone call.

5. The petitioner does not enclose either an affidavit or memorandum of law because neither is necessary. The issue is a matter of law, to be decided solely by the Court in accordance with present law.

WHEREFORE, the Petitioner moves for this most Honorable Court to:

A. Rule as to whether or not the act of forwarding a Bar Application to the Supreme Court is administrative or incorporated into the quasi judicial act of a recommendation to the Supreme Court by the Board of Bar Examiners; and

B. Hold that the act of forwarding an application is distinct and separate from the act of recommending to either admit or deny admittance: and

C. Hold the act of forwarding the application is administrative and not quasi judicial.

Respectfully submitted,

Dated: March 16, 2004

John A. Baldi, Pro se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011

### CERTIFICATION OF SERVICE

I certify that a copy of the foregoing document has been sent via U.S. Mail to Juliana deHaan Rice, counsel for the respondents on this the 16th day of March, 2004.