UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN A. BALDI, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 04-10198-JLT |
| | * | |
| | * | |
| SUPREME JUDICIAL COURT FOR | * | |
| SUFFOLK COUNTY (Marsha S. Doyle, | * | |
| Clerk) and MASSACHUSETTS BOARD | * | |
| OF BAR EXAMINERS (Edward J. | * | |
| Barshak, Chairman), | * | |
| | * | |
| Respondents. | * | |

ORDER

March 22, 2004

TAURO, J.

This court hereby orders that:

1. Pursuant to Rule 55(b)(2), Fed. R. Civ. P., Petitioner Applies for the Court to Issue a Default Judgment Against the Respondents [#6] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge