UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-10198-JLT

JOHN A. BALDI,
                Plaintiff,

v.

SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
                Defendants.

## DEFENDANTS' MOTION TO DISMISS PETITION FOR LACK OF SUBJECT-MATTER JURISDICTION

For the reasons set forth in the Defendants' Memorandum in Support Of Their Motion to Dismiss Petition For Lack of Subject-Matter Jurisdiction, filed herewith, the defendants respectfully request dismissal of the Petition for Declaratory Judgment/Demand for 3 Judge Panel for in accordance with Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(h)(3).

Respectfully submitted,

SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Juliana deHaan Rice, B.B.O. No. 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2062

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/25/04.

_____

Dated: March 25, 2004