UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-10198-JLT

JOHN A. BALDI,
           Plaintiff,
v.

SUPREME JUDICIAL COURT for SUFFOLK
COUNTY (MAURA S. DOYLE, CLERK) and
MASSACHUSETTS BOARD of BAR
EXAMINERS (EDWARD J. BARSHAK,
CHAIRMAN),
           Defendants.

## AFFIDAVIT of JOHN WALL

The undersigned hereby deposes and says:

    1.    I am an attorney and member in good standing of the bar of the Commonwealth of Massachusetts. I have been a member of the bar since 1961 under BBO registration no. 513300 and am a practicing attorney with a business address of One Commercial Wharf West, Boston, MA 02110.

    2.    On or about December 2003, I was asked by Edward Barshak, Chairman of the Massachusetts Board of Bar Examiners, to conduct an investigation into the character and qualifications of John A. Baldi in connection with Mr. Baldi's application for admittance to the Massachusetts bar on a *pro bono* basis. I agreed to do so.

    3.    As of the date of this affidavit, my investigation of Mr. Baldi's character and qualifications for the Board of Bar Examiners has consisted of the following:

        a.    On December 29, 2003, I wrote to Mr. Baldi, informed him of my assignment, and asked him to meet with me. A true and accurate copy of my December 29 letter to Mr. Baldi is attached as Exhibit A and a true and accurate copy of his December 30 reply is attached as Exhibit B.

        b.    In further correspondence with Mr. Baldi, I responded to his telephoned request to know the identity of his accuser and asked him to provide me with copies of papers submitted in New Hampshire civil

and criminal matters to which he is or has been a party. True and accurate copies of my December 31, 2003, and January 5, 2004, letters to Mr. Baldi are attached as Exhibits C and Exhibit D, respectively.

    c.    Mr. Baldi has supplied some but not all of the requested materials at a meeting with me in my office on January 9, 2004. A true and accurate copy of my confirming letter dated January 20 is attached as Exhibit E. In this letter, I also asked Mr. Baldi for additional information concerning allegations he made to me during our January 9 meeting.

    d.    Further correspondence has been exchanged between Mr. Baldi and me in my ongoing attempt to compile all necessary documentation for my investigation. True and accurate copies of Mr. Baldi's January 20 and January 22 letters to me and my January 24 and January 29 letters to Mr. Baldi are attached as Exhibits F, G, H, and I, respectively

    e.    Mr. Baldi's delay in providing copies of the requested material is hampering my ability to complete my investigation. Mr. Baldi has now informed me that he will not supply me with additional documents that I have requested. A true and accurate copy of his February 1, 2004 letter to me in which he makes this statement is attached as Exhibit J

    f.    My collection of documents relating to New Hampshire criminal and civil matters in which Mr. Baldi has been involved is continuing as of the date of this affidavit. I have written to a New Hampshire court clerk as well as to 17 attorneys involved in lawsuits in which Mr. Baldi has participated. See my February 23, 2004, letter to clerk of the Merrimack Superior Court and my February 23, 2004, letter to Charles P. Bauer, Esq. and attached list of 17 addressees, true and accurate copies of which are attached as Exhibits K and L, respectively.

    g.    Also on February 23, 2004, I wrote to three persons identified to me by Mr. Baldi as character references. A true and accurate copy of my letter and list of three addressees is attached as Exhibit M.

    h.    Responses, including numerous and voluminous transcripts are being received and analyzed by me.

4.  When I have finished compiling and reviewing the information relevant to my investigation, I plan to evaluate it, then submit a report to the Board of Bar Examiners following which it is my understanding that a hearing will be held by the Board to determine Mr. Baldi's character and fitness for the bar.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS THE 19 TH DAY OF MARCH, 2004.

John Wall