UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN A. BALDI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10198-JLT |
| | * | |
| | * | |
| SUPREME JUDICIAL COURT FOR | * | |
| SUFFOLK COUNTY (MAURA S. | * | |
| DOYLE, CLERK) and | * | |
| MASSACHUSETTS BOARD OF BAR | * | |
| EXAMINERS (EDWARD S. BARSHAK, | * | |
| CHAIRMAN), | * | |
| | * | |
| Defendants. | * | |

## ORDER

March 30, 2004

TAURO, J.

After the Hearing on March 30, 2004, this court hereby orders that:

1. John Wall is requested to complete his investigation of Plaintiff by April 29, 2004;

2. By April 29, 2004, Defendant Massachusetts Board of Bar Examiners is requested to either forward Plaintiff's application to Defendant Supreme Judicial Court for Suffolk County with the recommendation that Plaintiff be admitted to the Massachusetts Bar or decide to hold a hearing on Plaintiff's application;

3. Defendant Massachusetts Board of Bar Examiners is requested to inform this court of the action that it is taking with regard to Plaintiff's application by April 29,

      2004;

4.     Petitioner's Motion for Immediate Temporary, Injunctive Relief [#12] is DENIED WITHOUT PREJUDICE;

5.     Petitioner's Motion for the Court to Rule as to Whether the Task of Forwarding an Application for Admittance to the Massachusetts Bar to the Supreme Court is an Administrative Act [#16] is DENIED WITHOUT PREJUDICE; and

6.     Defendants' Motion to Dismiss Petition for Lack of Subject-Matter Jurisdiction [#19] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                    /S/ Joseph L. Tauro  
                                                    United States District Judge