UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John A. Baldi,<br><br>                Petitioner<br>v.<br><br>Supreme Judicial Court For Suffolk County<br>(Maura S. Doyle, Clerk) and<br>Massachusetts Board Of Bar Examiners<br>(Edward J. Barshak, Chairman)<br><br>                Respondents | Civil No. 04-10198-JLT |

## PETITIONER'S OBJECTION TO "DEFENDANTS' MOTION TO DISMISS PETITION FOR LACK OF SUBJECT-MATTER JURISDICTION

The respondents have filed a motion to dismiss for lack of subject-matter jurisdiction and the petitioner objects. As subject-matter jurisdiction is a matter of law, the petitioner supports his objection with the accompanying memorandum or law, as no affidavit as to facts is required.. In addition, the petitioner objects to the "defendants" motion as a non-conforming document as it contains no certification of service.

Dated: March 29, 2004

Respectfully submitted,

/s/ John A. Baldi

John A. Baldi, Pro se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011

### CERTIFICATION OF SERVICE

I certify that a copy of the foregoing document was mailed to Juljana deHaan Rice on March 29, 2004.

/s/ J.A. Baldi