UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-10198-JLT

JOHN A. BALDI,
           Plaintiff,

v.

SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
           Defendants.

## MOTION OF MASSACHUSETTS BOARD OF BAR EXAMINERS FOR AN ADDITIONAL EIGHT DAYS TO ACT ON PLAINTIFF'S APPLICATION FOR ADMISSION TO THE MASSACHUSETTS BAR

The defendant, Massachusetts Board of Bar Examiners ("Board"), is currently under this Court's March 30, 2004, Order to "either forward Plaintiff's application to Defendant Supreme Judicial Court for Suffolk County with the recommendation that Plaintiff be admitted to the Massachusetts Bar or decide to hold a hearing on Plaintiff's application" by April 29, 2004. At the March 30 hearing resulting in the issuance of this Order, the Court invited the Board to seek more time to complete this task if necessary. The Board is now requesting an additional eight days, or until May 7, 2004. As the basis for its request, the Board states as follows:

1.     The Board secured the *pro bono* services of Attorney John Wall to conduct an investigation into matters raised in the bar-admission application of the plaintiff, John Baldi ("Baldi"). In connection with his investigation, Attorney Wall has been gathering and reviewing numerous documents and court transcripts concerning several civil and criminal matters to which Baldi has been a party. See Affidavit of John Wall, March 19th, 2004 (previously filed).

2.  In order to complete his investigation, Attorney Wall has requested a few more documents which have not yet been provided to him. In order that Attorney Wall may have the opportunity to receive and review these remaining items before completing his report, the Board requests an additional eight days for Attorney Wall to submit his report.

WHEREFORE, the Board respectfully requests that this Court modify its March 30, 2004, Order to allow the Board to complete its obligations thereunder on or before May 7, 2004.

          Respectfully submitted,

          SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
          Defendants

          By their attorney,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          Juliana deHaan Rice, B.B.O. No. 564918
          Assistant Attorney General
          Office of the Attorney General
          One Ashburton Place, Room 2019
          Boston, MA 02108-1698
          (617) 727-2200, ext. 2062
          facsimile (617) 727-5785

Dated: April 23, 2004



CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 4/23/04.