UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-CV-10198-JLT

JOHN A. BALDI,
                Plaintiff,

v.

SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
                Defendants.

## MOTION OF MASSACHUSETTS BOARD OF BAR EXAMINERS FOR AN ADDITIONAL FIVE DAYS TO ACT ON PLAINTIFF'S APPLICATION FOR ADMISSION TO THE MASSACHUSETTS BAR

The defendant, Massachusetts Board of Bar Examiners ("Board"), is currently under this Court's March 30, 2004, Order to "either forward Plaintiff's application to Defendant Supreme Judicial Court for Suffolk County with the recommendation that Plaintiff be admitted to the Massachusetts Bar or decide to hold a hearing on Plaintiff's application" by April 29, 2004. At the March 30 hearing resulting in the issuance of this Order, the Court invited the Board to seek more time to complete this task if necessary. The Board is now requesting an additional five days (three business days), or until May 12, 2004. As the basis for its request, the Board states as follows:

1.      The Board secured the *pro bono* services of Attorney John Wall to conduct an investigation into matters raised in the bar-admission application of the plaintiff, John Baldi ("Baldi"). In connection with his investigation, Attorney Wall has been gathering and reviewing numerous documents and court transcripts concerning several civil and criminal matters to which

Baldi has been a party. See Affidavit of John Wall, March 19th, 2004 (previously filed).

2. Attorney Wall expects to complete his report on May 7, 2004, and forward it to the Board for its consideration.

3. The Board requires until the close of business on Wednesday May 12 to consider Attorney Wall's report and make its decision whether to report of Mr. Baldi's application favorably or to hold a hearing on the application.

WHEREFORE, the Board respectfully requests that this Court modify its March 30, 2004, Order to allow the Board to complete its obligations thereunder on or before May 12, 2004.

Respectfully submitted,

SUPREME JUDICIAL COURT for SUFFOLK COUNTY (MAURA S. DOYLE, CLERK) and MASSACHUSETTS BOARD of BAR EXAMINERS (EDWARD J. BARSHAK, CHAIRMAN),
Defendants

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

Juliana deHaan Rice, B.B.O. No. 564918
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2062
facsimile (617) 727-5785

Dated: May 7, 2004

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand)

on May 7, 2004.