UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| John A. Baldi,<br><br>    Petitioner<br><br>v.<br><br>Supreme Judicial Court For Suffolk County,<br>(Maura S. Doyle, Clerk) and<br>Massachusetts Board of Bar Examiners,<br>(Edward J. Barshak, Chairman),<br><br>    Respondents | Civil No. 04-10198-JLT |

**PETITIONERS OBJECTION TO RESPONDENTS MOTION FOR AN ADDITIONAL FIVE DAYS TO ACT ON HIS APPLICATION FOR ADMISSION TO THE BAR**

Before the Court is the respondents second motion for an enlargement time for the Board Of Bar Examiners to act on the petitioners application to the Massachusetts Bar. Realizing that the respondents filed their motion at a point in time so as to ensure a defacto enlargement regardless of the Courts decision, the petitioner files his objection for the record, documenting that he was not contacted prior to the May 7, 2004 by counsel for the respondents and that if the allegation alleged by respondents counsel is true, "Attorney Wall expects to complete his report on May 7, 2004, and forward it to the Board for consideration.", the board knew prior to May 7, 2004 that they would not be able to comply with the Courts order dated April 29, 2004.

Respectfully submitted,

Dated: May 10, 2004

/s/ John A. Baldi
John A. Baldi, Pro se
19 Ledge Street
Melrose, Ma. 02176
(781) 665-5011

CERTIFICATION OF SERVICE
I certify that a copy of this document was mailed to respondents counsel on May 9, 2004
/s/ J. A. Baldi