

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

May 11, 2004

Hon. Joseph L. Tauro
U.S. District Court
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 7110
Boston, MA 02210

    Re:    John A. Baldi v. Supreme Judicial Court for Suffolk County, et al.,
            U.S.D.C., CA. No. 04-10198-JLT

Dear Judge Tauro:

    Please see the enclosed May 10 correspondence from the Board of Bar Overseers to Mr. Baldi in accordance with this Court's March 30, 2004, Order ¶ 3. In light of this determination, the defendants respectfully renew Defendants' Motion to Dismiss Petition for Lack of Subject-Matter Jurisdiction, filed on March 25, 2004, and denied without prejudice on March 30, 2004.

    Thank you.

Very truly yours,

Juliana deHaan Rice
Assistant Attorney General
617-727-2200, ext. 2062

JR/ap

cc (w/enc):    John A. Baldi, *pro se* (by mail)
                   19 Ledge Street
                   Melrose, MA 02176

# SRBC

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

RECEIVED
MAY 11 2004

Edward J. Barshak
barshak@srbc.com

May 10, 2004

Mr. John Baldi
19 Ledge Street
Melrose, MA  02176

Re:   *John Baldi/Board of Bar Examiners*

Dear Mr. Baldi:

I am enclosing Mr. Wall's report to the Board of Bar Examiners and the list of exhibits attached to the report. If there are any exhibits on that list which you do not have, please write to me and I will have copies sent to you.

Please be informed that if you so request, in writing, the Board will hold a hearing at which time you may contest Mr. Wall's recommendation. If you so request, the Board will arrange for a date for the hearing. At the hearing, the issues will be those raised in Mr. Wall's report. You are entitled to present evidence and be represented by counsel retained by you. You are also entitled to request the Board to issue witness summonses to be served by you.

If you have any questions concerning the hearing, please write to me and I shall endeavor to respond promptly.

Very truly yours,

Edward J. Barshak

EJB/rml
Enclosure

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**

Mr. John Baldi
May 10, 2004
Page 2

cc:   With enclosures

Ms. Elaine Vietri
Executive Director
Board of Bar Examiners
77 Franklin Street
Room 501
Boston, MA 02110

William F. Kennedy, III, Esquire
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604

Robert J. Muldoon, Jr., Esquire
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Alice E. Richmond, Esquire
39 Brimmer Street
Boston, MA 02108

Anthony G. Massimiano, Esquire
George DeGregorio Massimiano &
McCarthy, P.C.
Berkshire Common
Pittsfield, MA 01201

cc:   Without enclosures

Juliana deHaan Rice, Esquire
Assistant Attorney General
One Ashburton Place
Boston, MA 02108-1598

John Wall, Esquire
1 Commercial Wharf
Boston, MA 02110

349143